7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Asia Monique Brown –BELOW MED–
*Debtor*

*Bankruptcy Case No.*
15–41447–abf13

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04096–abf

v.

**Asia Monique Brown**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment should be and hereby is entered against Defendant Brown on Plaintiffs Complaint because Defendant willfully and knowingly misrepresented facts or circumstances related to Defendants employment for the purpose of inducing the State of Kansas Department of Labor (KDoL), in reasonable reliance thereupon, to improperly pay unemployment benefits in the aggregate amount of $628.00 during the period of time covered by the agencys administrative order(s) and thereby obtaining such benefits.
Based upon the undisputed allegations contained in the Complaint, the Court finds that the described unemployment insurance benefit indebtedness owed by Defendant Brown to KDoL in the amount of $628.00, which is subject to statutory penalties and interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the aggregate amount of $382.48 as of the end of June, 2015, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 1328(a)(1). Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Brown.

                                                PAIGE WYMORE–WYNN
                                                Acting Court Executive

                                                By: /s/ Beth Graham
                                                     Deputy Clerk



Date of issuance: 8/17/15

Court to serve